# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Sandra K. Fiecke-Stifter, Estate of Doris M. Fasching, the,<br><br>Plaintiff(s),<br><br>v.<br><br>MidCountry Bank, Taft Stettinius & Hollister LLP,<br><br>Defendant(s), | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number:   22-cv-3056 ECT/DTS |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant Taft Stettinius & Hollister LLP's Motion to Dismiss [ECF No. 53] is **GRANTED**.

2. The Corrected Second Amended Complaint is **DISMISSED with prejudice**.

Date: 10/15/2024                                                                                KATE M. FOGARTY, CLERK